UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOHN DISALVO, JOSE TORRES,                    CIVIL ACTION NO: 26-CV-00274
ALEXANDRA GOTTLIEB,
PETER CAIRNEY and                                          PROPOSED
CHRISTOPHER BIANCANIELLO,            ORDER TO SHOW CAUSE
                                                                  (with Temporary Restraining Order
                           Plaintiffs,                        and Expedited Hearing)

        v.

THE CITY OF NEW YORK, et al,

                Defendants.

---

        Upon the application of Plaintiffs, by counsel Susan Chana Lask, Esq., for a Temporary

Restraining Order, Preliminary Injunction, Declaratory Relief, and an expedited consideration,

and upon the Memorandum of Law dated February 18, 2026 and supporting declarations of

Plaintiffs and counsel, it is hereby:

        ORDERED that Defendants show cause before this Court, at the United States Courthouse,

Eastern District of New York, Courtroom ___, on the ___ day of _____, 2026, at _____

__.m. , or as soon thereafter as counsel may be heard, why an Order should not be entered

pursuant to Fed. R. Civ. P. 65:

1. Issuing a Preliminary Injunction directing Defendants, their officers, agents, employees, and all persons acting in active concert or participation with them, to adjudicate the firearm license applications of the named Plaintiffs forthwith, and in no event later than seven (7) days from entry of the Court's Order, where such applications have been pending more than six (6) months from filing;

2. Enjoining Defendants from maintaining policies or practices that delay adjudication of firearm license applications beyond six (6) months from filing absent individualized written justification consistent with constitutional requirements; and; and

3. Granting Declaratory Judgment pursuant to 28 U.S.C. § 2201 declaring that prolonged, unjustified delays beyond six (6) months in firearm license adjudication violate the Second and Fourteenth Amendments;

and it is further:

        ORDERED that pending the hearing and determination of this application, Defendants,

their officers, agents, employees, and all persons acting in active concert or participation with

them, are temporarily restrained pursuant to Fed. R. Civ. P. 65(b) from continuing to delay adjudication of the named Plaintiffs' firearm license applications beyond six (6) months from filing, and shall adjudicate such applications forthwith, and in no event later than seven (7) days from service of this Order; and it is further:

ORDERED that service of this Order to Show Cause, together with the Summons, First Amended Complaint, Memorandum of Law, Declarations, and all supporting papers, shall be made on or before _____, 2026, by:

(i)    electronic mail to the New York City Law Department at serviceecf@law.nyc.gov and to Nicholas Ciappetta, Esq. at nciappet@law.nyc.gov; and

(ii)    such service received by both or either recipient is deemed good and sufficient service for purposes of service of the Summons, First Amended Complaint, Temporary Restraining Order and Preliminary Injunction application, and all supporting appers, pursuant to Fed. R. Civ. P. 4, 5, and 65, and the Court's authority to direct the manner of service in connection with applications for emergency injunctive relief;

and it is further:

ORDERED that Defendants shall serve any opposition papers via ECF on or before _____, 2026, and Plaintiffs shall serve any reply papers via ECF on or before _____, 2026; and it is further:

ORDERED that the time for notice, briefing, and hearing of Plaintiffs' motion is shortened pursuant to Fed. R. Civ. P. 6(c) and Local Civil Rules 6.1(d); and it is further:

ORDERED that the Court finds, pursuant to Fed. R. Civ. P. 65(c), that no security is required in light of the constitutional nature of the rights at issue.

Dated:  February _____, 2026                    SO ORDERED:


_____
United States District Judge