

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KEVIN RIZZO**
Assistant Corporation Counsel
phone: (212) 356-0427
email: kevrizzo@law.nyc.gov

February 24, 2026

**Via ECF**
The Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>John DiSalvo, et al. v. The City of New York, et al.</u>, 26-CV-274 (NCM)(PK)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City New York, one of the attorneys for defendant City of New York ("City") in the above-referenced action. I respectfully submit this letter on behalf of all defendants to update the Court on the status of Plaintiffs' firearm license applications at issue here as it bears on Plaintiffs' pending motion for temporary and preliminary injunctive relief and, in light of recent developments, to deem such motion moot. As defendants' opposition to the motion is due tomorrow, February 25, 2026, I submit this status update in the interest of preserving judicial resources and with respect to the parties' time.

   As of February 20, 2026, all five plaintiffs have been issued determinations on their firearm license applications.[1] Accordingly, plaintiffs' application for a temporary restraining order to restrain defendants from "continuing to delay adjudication of the named Plaintiffs' firearm license applications. . ." (<u>See</u> Dkt. 71 at 2) is now moot. And their request for a preliminary injunction compelling Defendants to adjudicate the outstanding firearm license applications is also moot.

---

[1] Plaintiff Peter Cairney's application was issued on February 19, 2026. Plaintiffs Christopher Biancaniello's and plaintiff Jose Torres's applications were approved on February 19, 2026; to date, they have not submitted firearm purchase documentation necessary to issue their licenses. Plaintiff Alexandra Gottlieb's and Plaintiff John DiSalvo's applications were disapproved on February 20, 2026; to date, neither Gottlieb nor DiSalvo have appealed their disapprovals.

Counsel for defendants informed plaintiffs' counsel of these developments on February 20, 2026. I understand that, notwithstanding this change in circumstances, plaintiffs do not intend to withdraw or modify their motion.

Without addressing the underlying merits of plaintiffs' motion, these recent developments have eliminated any immediate or irreparable harm asserted by plaintiffs in their motion papers or any need for interim injunctive relief. In light of the foregoing, I write to respectfully request that Your Honor cancel or postpone the March 4, 2026, hearing on plaintiffs' motion and deny such motion outright or extend the deadline for the City to submit its opposition to a date in the future.

Thank you for your consideration.

Respectfully submitted,

_/s/ Kevin Matthew Rizzo_
Kevin Matthew Rizzo
Assistant Corporation Counsel

cc: Counsel for Plaintiff (via ECF)