*Law Offices of*
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y. 10001**

**(917) 300-1958**          www.appellate-brief.com

<u>**VIA ECF**</u>
April 6, 2026

Honorable Judge Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>26-CV-274, DiSalvo, et al. v. The City of New York, et al.</u>

Dear Judge Merle:

I represent the Plaintiffs in the above-captioned matter. I am writing with the consent of Defendants' counsel Nicholas Ciapetta.

The parties agree to stay the action for thirty-days pending their settlement negotiations. A stay would assist in controlling legal fees to assist in settlement and would save court resources in this matter that can be used in other matters.

The parties respectfully request this letter "So Ordered" to stay the matter until May 6, 2026 pending settlement negotiations.

Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**

<u>/s Susan Chana Lask</u>
**SUSAN CHANA LASK**