

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KEVIN RIZZO**
Assistant Corporation Counsel
kevrizzo@law.nyc.gov
Phone: (212) 356-0427

**VIA ECF**                                        May 6, 2026

Honorable Natasha C. Merle
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     <u>John DiSalvo, et al. v. The City of New York, et al.</u>, 1:26-cv-274 (NCM)(PK)

Your Honor:

     I am Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, one of the attorneys for defendants City of New York and Jessica S. Tisch as Commissioner of the New York City Police Department in the above-referenced action.

     I submit this joint status report on behalf of all parties pursuant to Your Honor's April 7, 2026, Order staying this matter during settlement negotiations. The parties have continued settlement discussions and request that the Court extend the stay for additional thirty days to allow for further negotiation.

     The parties respectfully request that this letter be "So Ordered" to extend the stay of this matter to June 5, 2026.

                   Respectfully submitted,

                   */s/ Kevin M. Rizzo*

                   Kevin Rizzo
                   Assistant Corporation Counsel

    (via ECF)

CC:   Susan Chana Lask
       Attorney for Plaintiff