

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KEVIN RIZZO**
Assistant Corporation Counsel
kevrizzo@law.nyc.gov
Phone: (212) 356-0427

**VIA ECF**

June 4, 2026

Honorable Natasha C. Merle
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     <u>John DiSalvo, et al. v. The City of New York, et al.</u>, 1:26-cv-274 (NCM)(PK)

Your Honor:

      I am Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, one of the attorneys for defendants City of New York and Jessica S. Tisch as Commissioner of the New York City Police Department in the above-referenced action.

      I submit this joint status report on behalf of all parties pursuant to Your Honor's May 7, 2026, Order staying this matter during settlement negotiations. The parties have continued settlement discussions and request that the Court extend the stay to allow for further review and negotiation.

      The parties respectfully request that this letter be "So Ordered" to extend the stay of this matter to July 26, 2026.

      Respectfully submitted,

      */s/ Kevin M. Rizzo*

Kevin Rizzo
Assistant Corporation Counsel

      (via ECF)

CC:    Susan Chana Lask
       *Attorney for Plaintiff*